UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANCIS F. JOSEPH, | |
| Petitioner, | CIVIL ACTION NO. 3:25-cv-02428 |
| v. | (SAPORITO, J.) |
| WARDEN, PIKE COUNTY CORRECTIONAL FACILITY, | |
| Respondent. | |

# ORDER

AND NOW, this 23rd day of February, 2026, in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT**:

1. The petition for a writ of *habeas corpus* (Doc. 1) is **GRANTED** to the extent that an immigration judge must afford the petitioner an individualized bond hearing within **21 days** of this order.

2. At this hearing, the government shall bear the burden of proving by clear and convincing evidence that the petitioner's continued detention is necessary to prevent him from fleeing or harming the community, in accordance with *German Santos v. Warden Pike County Correctional Facility*, 965 F.3d 203 (3d Cir. 2020).

3. The parties are **DIRECTED** to report to this court on the

outcome of this individualized bond determination within **7 days** after the date of the hearing.

    4.    The petitioner's motions requesting preliminary injunctive relief (Doc. 12, Doc. 13) are **DENIED** as moot.

    5.    The Clerk is **DIRECTED** to mark this case as **CLOSED**.

Dated: February 23, 2026        *s/Joseph F. Saporito, Jr.*
                                            JOSEPH F. SAPORITO, JR.
                                            United States District Judge