**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| FRANCIS F. JOSEPH,<br>A# 073 035 843,<br><br>Petitioner,<br><br>v.<br><br>WARDEN PIKE COUNTY<br>CORRECTIONAL FACILITY,<br><br>Respondent. | CIVIL ACTION NO. 3:25-cv-02428<br><br>(SAPORITO, J.) |

**ORDER**

AND NOW, this 20th day of August, 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The petitioner's motion to enforce the court's prior judgment granting habeas relief (Doc. 23) is **GRANTED**;

2. The immigration judge's bond decision of March 2, 2026, is **VACATED**;

3. The government shall either provide Joseph with a constitutionally adequate individualized bond hearing **within twenty-one (21) days** after entry of this order or release Joseph on his own recognizance;

4. The foregoing time period may be extended for a reasonable

period of time by mutual agreement of the parties or by a motion for an extension of time filed with this habeas court, *see* Fed. R. Civ. P. 6(b);

5. At this individualized bond hearing, the petitioner may be represented by counsel at his own expense, and the government shall bear the burden of proving by clear and convincing evidence that the petitioner's continued detention is necessary to prevent him from fleeing or harming the community;

6. The respondent shall file a written notice of the outcome of this individualized bond determination by an immigration judge **within seven (7) days** after the date of the hearing; and

7. The clerk is directed to mark this case as **CLOSED**.

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States District Judge