**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| FRANCIS F. JOSEPH,<br>A# 073 035 843,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, Pike County<br>Correctional Facility,<br><br>Respondent. | CIVIL ACTION NO. 3:25-cv-02428<br><br>(SAPORITO, J.) |

**ORDER**

The court has received and filed several pro se submissions from the petitioner styled as motions of one sort or another, the first of which we have liberally construed as a motion to enforce the court's prior judgment granting habeas relief. Doc. 23. *See generally Mala v. Crown Bay Marina, Inc.*, 704 F.3d 239, 244–46 (3d Cir. 2013) (discussing a court's obligation to liberally construe *pro se* pleadings and other submissions, particularly when dealing with imprisoned *pro se* litigants). The petitioner subsequently filed several "supplemental" motions, providing additional or updated information and requesting duplicative relief.

Contemporaneously with this order, we have entered a memorandum and order granting the petitioner's initial pro se motion to

enforce, Doc. 23, and directing that the petitioner be provided with a constitutionally adequate individualized bond hearing before an immigration judge. Accordingly **IT IS HEREBY ORDERED THAT**:

1. The petitioner's several pro se "supplemental" motions (Doc. 25; Doc. 26; Doc. 37; Doc. 39; Doc. 43; Doc. 48; Doc. 49; Doc. 52; Doc. 53; Doc. 54; Doc. 56) are **GRANTED in part and DENIED as moot in part**;

2. To the extent the "supplemental" motions request that we consider additional factual information or legal argument in connection with the petitioner's initial motion to enforce (Doc. 23), the "supplemental" motions are **GRANTED** inasmuch as the proffered information and argument has been considered by the court; and

3. To the extent the "supplemental" motions request duplicative relief—the petitioner's immediate release or the conduct of a constitutionally adequate individualized bond hearing before an immigration judge or the habeas court itself—the "supplemental" motions are **DENIED as moot**.

Dated: August 20, 2026

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States District Judge