**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| FRANCIS F. JOSEPH,<br>A# 073 035 843,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, Pike County<br>Correctional Facility,<br><br>Respondent. | CIVIL ACTION NO. 3:25-cv-02428<br><br>(SAPORITO, J.) |

**ORDER**

AND NOW, this 22nd day of September, 2026, **IT IS HEREBY ORDERED THAT** the petitioner's pro se motion (Doc. 66) for an award of attorney fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), is **DENIED**. A pro se litigant generally is not eligible to recover attorney's fees under the EAJA. *See Daley v. Fed. Bureau of Prisons*, 199 Fed. App'x 119, 121 (3d Cir. 2006) (per curiam); *Zucker v. Westinghouse Elec.*, 374 F.3d 221, 228–29 (3d Cir. 2004); *United States v. Eleven Vehicles*, 966 F. Supp. 361, 367 (E.D. Pa. 1997). Moreover, to the extent the petitioner seeks an award of attorney fees incurred in related immigration bond proceedings where he was represented by counsel, rather than proceeding pro se, the Supreme Court has held that such

administrative immigration proceedings fall "wholly outside the scope of the EAJA." *See Ardestani v. I.N.S.*, 502 U.S. 129, 137 (1991); *Michelin v. Oddo*, No. 3:23-cv-22, 2024 WL 3937228, at *7–8 (W.D. Aug. 26, 2024), *aff'd sub nom. Michelin v. Warden Moshannon Valley Corr. Ctr.*, 169 F.4th 418 (3d Cir. 2026), *petition for cert. filed*, No. 26-145 (U.S. July 31, 2026).

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States District Judge